## 35349.   FAUST *v.* GENERAL FINANCE & LOAN COMPANY.

DECIDED OCTOBER 1, 1954.

*Frank W. Brandon, Margaret Hopkins,* for plaintiff in error. *Johnston & Bell,* contra.

GARDNER, P. J. This case is somewhat analogous to *Richardson* v. *C. I. T. Corp.,* 60 *Ga. App.* 78 (5 S. E. 2d 250). In *Barrett* v. *Distributors Group,* 85 *Ga. App.* 529 (69 S. E. 2d 810), the principles in the instant case, contested here by demurrers, are determined against the defendant. In the instant case the car was repossessed, sold, and all credits were properly given to the defendant on the note, and the suit is brought for a deficiency judgment according to the terms of the contract. The many decisions and Code sections called to our attention by counsel for the defendant (cited together) are not in point and do not sustain his contention in this case. They are *Montgomery* v. *Hunt,* 93 *Ga.* 438 (2) (21 S. E. 59); *Irvindale Farms* v. *W. O. Pierce Dairy,* 78 *Ga. App.* 670 (1) (51 S. E. 2d 712); *Davis* v. *Smith,* 5 *Ga.* 274 (9) (47 Am. D. 279); *Broxton* v. *Nelson,* 103 *Ga.* 327, 330 (30 S. E. 38, 68 Am. St. R. 97); Carrig *v.* Gilbert-Varker Corp., 314 Mass. 351 (50 N. E. 2d 59); Bianchi Bros. *v.* Gendron, 292 Mass. 438 (198 N. E. 767); *Brenau College* v. *Mincey,* 68 *Ga. App.* 137 (22 S. E. 2d 322), and cases cited, p. 138; *Tanner* v. *Mutual Benefit Bldg. Assn.,* 95 *Ga.* 528 (20 S. E. 499); *Doebler* v. *Waters,* 30 *Ga.* 344; Code § 20-304; *Pepsi-Cola Co.* v. *Wright,* 187 *Ga.* 723, 727 (2 S. E. 2d 73); *Miazza* v. *Western Union Tel. Co.,* 50 *Ga. App.* 521 (178 S. E. 764); *Florence Wagon Works* v. *Salmon,* 8 *Ga. App.* 197 (68 S. E. 866); *Lytle* v. *Scottish American Mtge. Co.,* 122 *Ga.* 458, 466 (50 S. E. 402); *Snook* v. *Raglan,* 89 *Ga.* 251 (2) (15 S. E. 364);

*Glisson* v. *Heggie,* 105 *Ga.* 30, 33 (31 S. E. 118) ; *General Motors &c. Corp.* v. *Coggins,* 178 *Ga.* 643 (173 S. E. 841) ; *Blevins Aircraft Co.* v. *Gardner,* 66 *Ga. App.* 843, 846 (19 S. E. 2d 350) ; Code § 14-502 (4) ; *Barrett* v. *Distributors Group,* 89 *Ga. App.* 458 (79 S. E. 2d 587).

The petition sets out a cause of action, and the court did not err in overruling the demurrers, both general and special.

*Judgment affirmed.* *Townsend and Carlisle, JJ., concur.*